**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **Rafael Acevedo-Contreras, et. al and all others similarly situated** ) ) ) | |
| **Plaintiffs,** ) ) ) | **Case No.  1 : 05 CV 369** |
| **v.** ) ) | **Hon. Michael H. Watson** |
| **ABX Air, Inc., DHL Express (USA)(OH), Inc., Airborne Express (OH), Inc., Garcia's Labor Company, Inc., Garcia Labor Company of Ohio, Inc., and Maximo Garcia, aka Maximino Garcia,** ) ) ) ) ) ) | **NOTICE OF DISMISSAL** |
| **Defendants** ) | |

Plaintiffs and others similarly situated hereby dismiss this action as to all Defendants pursuant to Fed.R.Civ.P. 41(a)(1).

Respectfully submitted,

ADVOCATES FOR BASIC LEGAL EQUALITY, INC.

/s/ Mark R. Heller
Mark R. Heller (0027027)
Advocates for Basic Legal Equality, Inc.
740 Spitzer Building
Toledo, OH   43604
(419) 255-0814
FAX:  (419) 259-2880
mheller@ablelaw.org